# EXHIBIT 1



**CT Corporation**
**Service of Process Notification**
05/10/2022
CT Log Number 541550659

## Service of Process Transmittal Summary

**TO:** Lisa Girgen
Ecolab Inc.
1 ECOLAB PL
SAINT PAUL, MN 55102-2739

**RE:** **Process Served in Michigan**

**FOR:** Ecolab Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: HUSSEIN HAMADI, // To: Ecolab Inc. |
| **CASE #:** | 22005066NO |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Certified Mail on 05/10/2022 |
| **JURISDICTION SERVED:** | Michigan |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, Mike McCormick  mike.mccormick@ecolab.com |
| | Email Notification, Bryan Sill  bsill@ecolab.com |
| | Email Notification, Lisa Girgen  lisa.girgen@ecolab.com |
| | Email Notification, Bernadette Harper  bernadette.harper@ecolab.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Company
40600 Ann Arbor Road E
Suite 201
Plymouth, MI 48170
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

7021 0350 0000 5829 7159

Metroplex MI 480 ZIP
FRI 06 MAY 2022 PM

# THE
# SAM BERNSTEIN
LAW FIRM

31731 NORTHWESTERN HIGHWAY, SUITE 333
FARMINGTON HILLS, MI 48334-1669

*To*

C/O RA Corporation Service Company
40600 Ann Arbor Rd., E
Suite 201
Plymouth, MI. 48170

# THE SAM BERNSTEIN
## LAW FIRM

SAMUEL I. BERNSTEIN °†‡◊ o
MARK J. BERNSTEIN *†
BETH BERNSTEIN MILLER
BERNARD H. ZAFFERN (DECEASED)
MICHAEL L. BATTERSBY *†
EDMUND O. BATTERSBY
MICHAEL A. WEISSERMAN
MARK PICKLO *† Δ
RONALD S. MARVIN †
LEONARD E. MILLER
ELIZABETH D. KLEIN †

BRIAN H. LONNERSTATER †
BRIAN R. ZAID
STANLEY J. FELDMAN □
HOWARD M. COHEN
REBECCA SPOSITA
STEFANIE A. FRYER
MATTHEW M. ANEESE
LORIE N. LIEBERMAN
DAVID J. ELKIN
JUSTIN S. DRILICH
LEE'AH D. BASEMORE

JOSEPH J. CEGLAREK, II
ALEXANDER J. KASSAB
CARA M. KIRKPATRICK
NICHOLAS MANIKAS
DANIEL KOESTER
STEPHEN R. BOEHRINGER
SHEREEN SILVER
MARK E. SISSON
M. GRACE WILLIAMS
KATHERINE R. ROHR
ALEXANDER WALDMAN



A PROFESSIONAL LIMITED LIABILITY COMPANY

ALL CORRESPONDENCE TO:
31731 NORTHWESTERN HIGHWAY, SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669
(800) 225-5726 · FAX (248) 737-4392

1787 GRAND RIDGE COURT NE, SUITE 202
GRAND RAPIDS, MICHIGAN 49525-7042
(616) 333-0330 · FAX (616) 333-0331

FEDERAL TAX I.D. NUMBER: 27-1466737

○ FOUNDER, OF COUNSEL & RETIRED SHAREHOLDER
* ALSO ADMITTED IN ILLINOIS
‡ ALSO ADMITTED IN FLORIDA
□ ALSO ADMITTED IN GEORGIA

† ALSO ADMITTED IN OHIO
◊ ALSO ADMITTED IN NEW YORK
Δ OF COUNSEL

May 6, 2022

C/O RA Corporation Service Company
40600 Ann Arbor Rd., E
Suite 201
Plymouth, MI. 48170

RE:   ***Hussein Hamadi vs ECOLAB, INC***
***Case No. 22-005066-NO***

Dear Sir or Madam

Enclosed please find copy of **Summons, Complaint and Jury Demand** which are being served upon you as the Resident Agent for Broadspire Insurance Company.

Very truly yours,

THE SAM BERNSTEIN LAW FIRM, PLLC

*Alexander L. Waldman*

Alexander L. Waldman

ALW/tl
Enclosures

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

22-005066-NO FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 4/29/2022 1:36 PM Carlita McMiller

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HUSSEIN HAMADI,

    Plaintiff,

v.

                                    Case No. 22-      - NO
                                    Hon.

ECOLAB INC, and JOHN/JANE DOE,

    Defendants.

_____/

ALEXANDER L. WALDMAN (P80946)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31731 Northwestern Highway, Suite 333
Farmington Hills, Michigan 48334
(248) 538-5929
awaldman@sambernstein.com
tlowery@sambernstein.com
_____/

> There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.
>
>                     /s/ *Alexander Waldman*
>                     Alexander L. Waldman (P80946

## **COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, HUSSEIN HAMADI, by and through his attorneys, The Sam Bernstein Law Firm, PLLC, by Alexander L. Waldman, and for his cause of action against the Defendants, respectfully states unto this Honorable Court as follows:

    1.    That Plaintiff, HUSSEIN HAMADI, is a resident of the City of Livonia, County of Wayne, State of Michigan.

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

2. That Defendant, ECOLAB INC, is a Domestic Profit Corporation doing business within the City of Taylor, County of Wayne, State of Michigan.

3. That all the acts, transactions and occurrences set forth in this Complaint arose in the City of Taylor, County of Wayne, State of Michigan.

4. That the amount in controversy in this litigation exceeds the sum of Twenty-five Thousand ($25,000.00) Dollars exclusive of costs, interest and attorney fees.

5. That on or about January 19, 2021, said Defendants were then and there the owner, operator, manager, hired serviceman, and/or in control of a dishwasher located at 24444 Eureka Road in the City of Taylor, County of Wayne, State of Michigan.

6. That on the aforementioned date, Plaintiff, HUSSEIN HAMADI, was a business owner who was making use of the dishwasher owned and managed by Defendants when suddenly and without warning one of the lines became disengaged from the dishwasher and leaked/sprayed chemical(s) onto Plaintiff's face.

7. That for the last six years Plaintiff has owned his business, Defendants would appear monthly at his business located at 24444 Eureka Road to clean the dishwasher, change the water/detergent lines, and ensure the dishwasher is working properly and safely.

8. That prior to the aforementioned date, Defendants had came to Plaintiff's place of business to perform maintenance and service the dishwasher.

9. That Defendants failed to properly maintain and service the dishwasher, which resulted in the line disengaging and leaking/spraying onto Plaintiff's face.

10. That Defendants incorrectly replaced one of the dishwasher lines as one of the lines was too short, which resulted in the line disengaging from the dishwasher and leaking/spraying onto Plaintiff's face.

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

11. That after the subject incident, Plaintiff contacted Defendant ECOLAB, INC to advise it of its employees negligence in servicing/maintaining the dishwasher.

12. That after the subject incident, Defendant ECOLAB, INC sent an agent/employee to Plaintiff's place of business to inspect the dishwasher.

13. That Defendant ECOLAB, INC's agent/employee advised Plaintiff of the improperly installed red line and replaced same that same day.

14. That at all times herein set forth, the Defendant's employee, owed a duty to the Plaintiff, HUSSEIN HAMADI, to properly replace and service the dishwasher in a safe and prudent manner and to exercise reasonable care to prevent harm from using the dishwasher by Plaintiff and/or his employee(s).

15. Nevertheless, in total disregard of such duties the Defendant and its employee, breached these duties in the following respects, including, but not limited to:

(a) Negligently, carelessly and recklessly performing maintenance and servicing the dishwashing machine without properly attaching the red line to the machine in a safe manner, thereby resulting in the line becoming loose and leaking/spraying onto Plaintiff's face while the dishwasher was in use;

(b) Negligently, carelessly and recklessly failing to prevent the contents contained in the red line from leaking and/or squirting Plaintiff on the face and in his eyes;

(c) Negligently, carelessly and recklessly failing to use reasonable care to protect the Plaintiff from the dangers of a using a dishwasher with a loose or improperly affixed red line;

(d) In otherwise negligently failing to exert that degree of care, caution and diligence as would be demonstrated by a reasonably prudent person of the same age when the same or similar circumstances and in otherwise causing the injuries and damages to your Plaintiff as hereinafter alleged;

(e) Negligently, carelessly and recklessly being guilty of other acts of negligence not as yet known, but which will be ascertained during discovery.

16. That at all times relevant hereto, Defendant, ECOLAB INC, negligently hired,

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

trained, equipped, and supervised its employee in the proper manner to service and perform maintenance on the dishwasher and consequently, Plaintiff was exposed to an unreasonable risk of harm and injured as a result of being splashed on his face and eyes with the contents of what was contained in the red line that was supposed to be attached to the dishwasher, directly caused by Defendants' negligence.

17. Further, the aforementioned Defendant, ECO LAB, INC, is vicariously liable for the negligent acts and/or omissions of the aforementioned Defendant employee, agent, and representative, by virtue of the principle of Respondeat Superior and negligent supervision and training of this agent/employee.

18. That as a direct and proximate result of the negligent acts and/or omissions on the part of the Defendants, THE ECOLAB INC and JOHN/JANE DOE, Plaintiff was caused to suffer severe, grievous and permanent personal injuries, disability and damages, the full extent and character of which are currently unknown, but which will include, but are not necessarily limited to:

(a) Chemical exposure to her eyes and face causing burn to his eye;

(b) Period of vision impairment in eye(s);

(c) Pain, suffering, discomfort, disability, extreme physical and emotional suffering;

(d) Severe and continuing embarrassment, humiliation, anxiety, tension and mortification;

(e) Loss of the natural enjoyments of life;

(f) Expenditures for physicians, hospitals, medicinal things and substances.

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

4

WHEREFORE, Plaintiff, HUSSEIN HAMADI, prays this Honorable Court award her damages in whatever amount to which she is entitled to receive, together with costs, interest and attorney fees.

*THE SAM BERNSTEIN LAW FIRM PLLC*

*/s/Alexander L. Waldman*
ALEXANDER L. WALDMAN (P80946)
Attorney for Plaintiff
31731 Northwestern Highway, Suite 333
Farmington Hills, MI 48334
(248) 538-5929
awaldman@sambernstein.com

Dated: April 29, 2022

THE
SAM BERNSTEIN
LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-1669

(800) 225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

HUSSEIN HAMADI,

    Plaintiff,

v.

                                                  Case No. 22-          - NO
                                                  Hon.

ECOLAB INC, and JOHN/JANE DOE,

    Defendants.
_____/

ALEXANDER L. WALDMAN (P80946)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorneys for Plaintiff
31731 Northwestern Highway, Suite 333
Farmington Hills, Michigan 48334
(248) 538-5929
awaldman@sambernstein.com
tlowery@sambernstein.com
_____/

## JURY DEMAND

NOW COMES Plaintiff, HUSSEIN HAMADI, by and through his attorneys, The Sam Bernstein Law Firm, PLLC, by Alexander L. Waldman, and hereby respectfully requests a trial by jury in the above-entitled cause of action.

                                                             *THE SAM BERNSTEIN LAW FIRM PLLC*

                                                             /s/*Alexander L. Waldman*
                                                             ALEXANDER L. WALDMAN (P80946)
                                                             Attorney for Plaintiff
                                                             31731 Northwestern Highway, Suite 333
                                                             Farmington Hills, MI  48334
                                                             (248) 538-5929
                                                             awaldman@sambernstein.com

Dated:  April 29, 2022

| Approved, SCAO | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>22-005066-NO<br>Hon. Brian R. Sullivan |
|---|---|---|

Court address : 2 Woodward Ave., Detroit MI 48226  Court telephone no.: 313-224-2447

**Plaintiff's name(s), address(es), and telephone no(s)**
HAMADI, HUSSEIN

v

**Defendant's name(s), address(es), and telephone no(s).**
ECOLAB INC
C/O RA The Corporation Company
40600 Ann Arbor Rd., E
Ste 201,
Plymout, MI. 48170

**Plaintiff's attorney, bar no., address, and telephone no**

Alexander Louis Waldman 80946
31731 Northwestern Hwy Ste 333
Farmington Hills, MI 48334-1669

**Instructions**: Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☑ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>4/29/2022 | Expiration date*<br>7/29/2022 | Court clerk<br>Carlita McMiller |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19)   **SUMMONS**   MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



| | SUMMONS |
|---|---|
| | Case No. : **22-005066-NO** |

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**  OR  ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:   (notarization not required)

Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that:   (notarization required)

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ |

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____  Signature: _____
Date                                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments
_____ on _____
Day, date, time
_____ on behalf of _____.
Signature